L. MARK FERRE (1065)
Attorney for Creditor
2150 S. 1300 E. Suite 120
Salt Lake City, Utah 84106
Telephone: (801) 274-9909
mferre1974@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

| IN RE:<br><br>Vincent Green,<br><br>Debtor(s). | AGREED ORDER ON<br>MOTION TO REDEEM<br><br><br>Bankruptcy No. 22-24303-WTT<br>Chapter 7 |
|---|---|

Based on the Agreement of the Global Lending Services, LLC, hereinafter, "Creditor", and Vincent Green, Debtor, the Court hereby finds and Orders as follows:

1. Creditor is a secured creditor having a perfected lien on Debtor's 2016 Honda Accord.

2. Creditor objected to Debtor's Motion To Redeem regarding the retail value of the vehicle and that it has a secured claim thereon in the amount of $19,379.19.

3. To fully settle the matter, Debtor has agreed to pay, and Creditor has agreed to accept, the sum of $12,050.00 to redeem the vehicle and in full satisfaction of Creditor's claim.

1

4. Debtor shall pay said amount to Creditor within 10 days of the date of this Order by cashier's check or certified funds, and upon such payment, Creditor shall deliver the title to the vehicle free of its lien.

Approved as to form and content

_____
Vincent Green

### DESIGNATION OF PARTIES TO BE SERVED

Service of the forgoing Agreed Order Stay shall be served on the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the forgoing order through the CM/ECF system:

Lon Jenkins
ecf notification

US Trustee
ecf notification

L. Mark Ferre
mferre1974@gmail.com

By US Mail: In addition to the parties of record receiving notice through CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b):

Vincent Green
641 W. North Temple Apt. 426
Salt Lake City, UT 84116

_____
Clerk of Court