**This order is SIGNED.**

**Dated: June 22, 2023**

*William J. Thurman*

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**



msc

---

L. MARK FERRE (1065)
Attorney for Creditor
2150 S. 1300 E. Suite 120
Salt Lake City, Utah 84106
Telephone: (801) 274-9909
mferre1974@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br><br>Vincent Green,<br><br>Debtor(s). | AGREED ORDER ON<br>MOTION TO REDEEM<br><br>Bankruptcy No. 22-24303-WTT<br>Chapter 7 |

Based on the Agreement of the Global Lending Services, LLC, hereinafter, "Creditor", and Vincent Green, Debtor, the Court hereby finds and Orders as follows:

1. Creditor is a secured creditor having a perfected lien on Debtor's 2016 Honda Accord.

2. Creditor objected to Debtor's Motion To Redeem regarding the retail value of the vehicle and that it has a secured claim thereon in the amount of $19,379.19.

3. To fully settle the matter, Debtor has agreed to pay, and Creditor has agreed to accept, the sum of $12,050.00 to redeem the vehicle and in full satisfaction of Creditor's claim.

1

4. Debtor shall pay said amount to Creditor within 10 days of the date of this Order by cashier's check or certified funds, and upon such payment, Creditor shall deliver the title to the vehicle free of its lien.

Approved as to form and content

_____
Vincent Green

### DESIGNATION OF PARTIES TO BE SERVED

Service of the forgoing Agreed Order Stay shall be served on the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the forgoing order through the CM/ECF system:

Lon Jenkins
ecf notification

US Trustee
ecf notification

L. Mark Ferre
mferre1974@gmail.com

2

By US Mail: In addition to the parties of record receiving notice through CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b):

Vincent Green
641 W. North Temple Apt. 426
Salt Lake City, UT 84116

_____
Clerk of Court

United States Bankruptcy Court

District of Utah

In re:     Case No. 22-24303-WTT

Vincent Sabastian Green     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 1

Date Rcvd: Jun 23, 2023     Form ID: pdfor1     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: explorer686@gmail.com | Jun 23 2023 23:16:00 | Vincent Sabastian Green, 641 West North Temple Apt 426, Salt Lake City, UT 84116-3685 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| L. Mark Ferre | on behalf of Creditor Global Lending Services LLC mferre1974@gmail.com mferre@mstar.net |
| Michael F. Thomson | thomsonm@gtlaw.com stuverm@gtlaw.com;Suzanne.Williams@gtlaw.com;ut17@ecfcbis.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 3